UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x
UNITED STATES OF AMERICA       :    Hon. Douglas E. Arpert
                               :
        v.                     :    Mag. No. 13-2521
                               :
TROY A. BELL,                  :    DETENTION ORDER
---------------------------------x

This matter having been opened to the Court on motion of the
United States, by Paul J. Fishman, United States Attorney for the
District of New Jersey (Fabiana Pierre-Louis, Assistant United
States Attorney, appearing), in the presence of Andrea Bergman,
Esq., attorney for defendant Troy A. Bell, for an order pursuant
to Title 18, United States Code, Section 3142(e) to detain
defendant without bail pending the trial in the above-entitled
matter, and for good cause shown,

IT IS, therefore, on this _29th_ day of April 2013, ORDERED,
pursuant to Title 18, United States Code, Section 3142, that
defendant Bell be committed to the custody of the Attorney
General or his authorized representative pending the trial in the
above-entitled matter;

IT IS FURTHER ORDERED, pursuant to Title 18, United States
Code, Section 3142(i), that defendant Bell be afforded reasonable
opportunity for private consultations with counsel;

IT IS FURTHER ORDERED, pursuant to Title 18, United States
Code, Section 3142(i), that, upon order of this or any other
court of the United States of competent jurisdiction or on
request of an attorney for the United States, defendant Bell

RECEIVED

APR 2 9 2013

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings;

IT IS FURTHER ORDERED that the motion of the United States for an order detaining defendant Bell without bail pending the trial in this matter is hereby granted, and defendant Bell is hereby ordered detained pending the trial in the above-entitled matter.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge